UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14071-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

IDIANA GASPAR,
a/k/a Jane Doe,
a/k/a Gloria Idalia Jara,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 4, 2009. A Report and Recommendation was filed on March 5, 2009, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts 1, 8, and 16 of the Indictment, which charges the Defendant in Count 1 with False Statement in Application for Passport, in violation of Title 18, United States Code, Section 1542; in Count 8 with Misuse of Social Security Number, in violation of Title 42, United States Code, Section 408(a)(7)(B); and in Count 16 with Transfer, Possess, and Use Without Lawful Authority, a Means of Identification of Another Person, in violation of Title 18, United States Code, section 1028A.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23 day of March, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office